## EDWARD S. CANNON *vs.* FRANCIS O. LEONARD.

If an amendment is allowed to a plaintiff upon terms which are not complied with, and the case is nevertheless submitted to the jury without objection, the defendant cannot, after a verdict for the plaintiff, object to this course of proceedings; especially if the court order that judgment be not entered till the terms are complied with.

CONTRACT to recover for goods sold and delivered.

At the trial in the superior court, before *Ames,* J., the plaintiff obtained leave to amend his writ by joining another person as a plaintiff with him, on terms which were not complied with by the plaintiff. Nevertheless the case was given to the jury with the amendment, without objection on the defendant's part, and a verdict was returned for the plaintiff. The court afterwards ordered that the plaintiff comply with the terms before judgment should be made up or entered. The defendant alleged exceptions.

*S. Tompson,* for the defendant.

*W. C. Williamson.* for the plaintiff, was not called on.

BIGELOW, C. J. The allowance of the amendment was within the discretion of the judge. The defendant, by going on with the trial without insisting on an immediate compliance with the

terms imposed by the court as a condition of the allowance of the amendment, waived any ground of objection to the proceedings and to the verdict, founded on the failure of the plaintiff to conform to the order of the court. All that the defendant could properly ask under the circumstances was, that the plaintiff should have no benefit of the verdict, until he had complied with the terms prescribed by the court. This was granted to him by the order of court staying judgment till such compliance was had.                    *Exceptions overruled.*